UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA NEE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 21-11837-JCB |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES
[Docket No. 27]

October 24, 2022

Boal, M.J.

Plaintiff Sheila Nee has filed a motion for attorney's fees, in the amount of $4,499.20, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Docket No. 27. The motion is supported by itemized records of counsel's time spent on behalf of plaintiff. Docket No. 27-1.

The EAJA provides that a court "shall award to a prevailing party . . . fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412; see also Schock v. United States, 254 F.3d 1, 4 (1st Cir. 2001). There is no dispute that Nee is a prevailing party under the EAJA and Dr. Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner") does not oppose the motion. See Docket No. 27 at 2.

1

The EAJA requires that the amount of fees "shall be based upon prevailing market rates for the kind and quality of the services furnished, except that . . . attorney fees shall not be awarded in excess of $125 per hour unless the court determines that an increase in the cost of living or a special factor . . . justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A).

Whitney's counsel requests compensation for 19 hours of attorney time at a rate of $230.80 per hour and .60 hours of paralegal time at a rate of $95 per hour, for a total of $4,442.20.[1]  Docket 27-1.  The $230.80 per hour rate is above the statutory rate of $125 per hour.  According to Attorney Jackson's Affidavit, this rate was calculated by making cost of living adjustments to the statutory rate.  Affidavit of Francis Jackson in Support of Application for EAJA Fees (Docket No. 27-2) ("Jackson Aff.") at ¶¶ 6-7.  The rate for paralegal work, $95 per hour, appears reasonable.  The Court accepts the proposed rates.

The Court also accepts the 19.60 hours for which counsel seeks compensation for both attorney and paralegal time.  See, e.g., Santos v. Astrue, 752 F. Supp. 2d 412, 417 (S.D.N.Y. 2010) (recognizing that there is no rigid presumption but that many Social Security cases require approximately twenty to forty attorney hours of work).  The Court notes that the Commissioner has not challenged either the proposed rates or the number of hours for which counsel seeks compensation.  Accordingly, the Court finds that counsel's request for an award of attorney's fees in the amount of $4,442.20 is reasonable.

For the foregoing reasons, the Court grants Nee's motion for attorney's fees.  Nee is awarded fees in the amount of $4,442.20.  Nee has agreed to waive direct payment of EAJA fees and that such funds may be paid directly to his attorney.  Jackson Aff. at ¶ 8; Docket No. 27-4.

---

[1] The motion requests $4,499.20 but this appears to be an arithmetic error.  See Docket No. 27-1 at 2.  The correct amount is $4,442.20 ((19 hours x $230.80) + (.60 hours x $95.00) = $4,442.20).

Accordingly, if it is determined that Nee does not owe a federal debt subject to offset against an EAJA award, see <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), the award of fees shall be paid directly to Nee's attorney, Francis M. Jackson.

                                                     /s/ Jennifer C. Boal
                                                     JENNIFER C. BOAL
                                                     United States Magistrate Judge